407 A.2d 1308

**COMMONWEALTH of Pennsylvania, Appellee,**

v.

**The AMERICAN ANTI–VIVISECTION SOCIETY, Appellant.**

Supreme Court of Pennsylvania.

Nov. 26, 1979.

Daniel Sherman, Joel D. Beaver, Philadelphia, for appellant.

Robert P. Coyne, Deputy Atty. Gen., Dauphin Co., for appellee.

Before EAGEN, C. J., and O'BRIEN, ROBERTS, NIX, MANDERINO and LARSEN, JJ.

## OPINION

PER CURIAM.

Order affirmed.

FLAHERTY, J., took no part in the consideration or decision of this case.

MANDERINO, J., did not participate in this decision.